# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: <u>Johnny Ray Moore</u>
Bankruptcy Case No. <u>19–51257</u>
Adversary Case Name:
Adversary Case No.
Previous Civil No. <u>20–705(KAD)</u>
Previous Miscellaneous No.
Transmittal Document No.: <u>167</u>

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
   ☑ Designation of items designated by the Appellant
   ☑ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☑ Transcripts Transcript will be transmitted via email due to 90 day restriction.
   ☐ Other

4. Other applicable information:

   Filing Fee ☐ Paid ☐ Not Paid
   Appellant's name:
   Appellant's attorney:
   Appellee's name:
   Appellee's attorney:
   Additional Interested Parties:

By <u>Regina Miltenberger</u>
  Deputy Clerk, U. S. Bankruptcy Court          Date: 6/18/20

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: <u>Johnny Ray Moore</u>
Bankruptcy Case No.: <u>19–51257</u>
Adversary Case No.:
Previous Civil No.: <u>20–705(KAD)</u>
Previous Miscellaneous No.:
Transmittal Document No.: <u>167</u>
Transmittal dated: <u>6/18/20</u>

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned __3:20-cv-705-KAD_____

☐ Miscellaneous No. Assigned _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By __/s/Nick Fanelle_____
    Deputy Clerk, U. S. District Court                Date: __6/18/2020_____

| From: | CTBECF_Courtmail@ctb.uscourts.gov |
| --- | --- |
| To: | Courtmail@ctb.uscourts.gov |
| Subject: | 19-51257 Transmittal regarding Appeal and/or related documents (USDC) |
| Date: | Thursday, June 18, 2020 10:59:15 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Miltenberger, Regina S. entered on 6/18/2020 at 10:58 AM EDT and filed on 6/18/2020

**Case Name:** Johnny Ray Moore
**Case Number:** 19-51257
**Document Number:** 167

**Docket Text:**
Transmittal of Record of Appeal to U.S. District Court 20-705(KAD) (RE:)[150] Notice of Appeal, [163] Appellant Designation and Statement of Issues on Appeal, [165] Appellee Designation (Attachments: # (1) Appellant Designated Proof of Claims (Register)from case 12-51027 # (2) Appellant Designated Proof of Claims (Register)from case 16-51133 # (3) Appellant Designated Items from Case 12-51027 # (4) Appellant Designated Items from Case 16-51133 # (5) Appellee's Designations # (6) Appellees Designated Proof of Claims (Register)from case 19-51257 # (7) Bankruptcy Court Docket as Electronic Record of Appeal) (Miltenberger, Regina)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Appeals\20-705(KAD Appellant Designation.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-0] [52949e4cb40e0bc050caa74e82605eb652c2218c19b81bb7211e04416fb0484d24e9891a233cc5f056a9b8cdba6179f19f8cd0a0edbd16c20d0930adc3240d71]]
**Document description:** Appellant Designated Proof of Claims (Register)
**Original filename:** H:\Appeals\12-51027 Appellant Designated Claims Register.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-1] [3d257f6e1bdcdd90522abf4b0868b49e74ead02823f891a97822b924e1c90d3bcb2bc93ddd89f5889e3d77562f71a27920a2637ac228d76c53c8694b4edc0a36]]
**Document description:** Appellant Designated Proof of Claims (Register)
**Original filename:** H:\Appeals\16-51133 Appellant Designated Claim Register.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-2] [217936197b5f94a7f924f489e2ad67cbf900bc8114f8eb206b85aefdc841b07e829b718287ff5ef52ede90eae4e16bb675f363b12a870d1bd796f887b041f65b]]
**Document description:** Appellant Designated Items from Case 12-51027
**Original filename:** H:\Appeals\19-51257 Appellant Designated Items from Case 12-51027.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-3] [be3df5de66796b53e2bd127640e7f27527505f601f2a89f71e4689a66d61936966

02564091b9f12c910b429497c1634cb972ec07a1b0c611bddaf34fb923f963]]
**Document description:** Appellant Designated Items from Case 16-51133
**Original filename:**H:\Appeals\19-51257 Appellant Designated Items from Case 16-51133.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-
4] [44be74c044dd255433e5d7d6b7066448f187357fce2f246a4c80ddeec56e2b9fa3
bc35d30d2fe5f3c6deea3d9b1d507d409d08578422145119b7be82c148e240f]]
**Document description:** Appellee's Designations
**Original filename:**H:\Appeals\20-705(KAD) Appellees Designation.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-
5] [1420fa51c755a28aba9cb73b483204a1a2af8b96fe6a36e31cf2981fee98b95a6a
6d99101f05ed7d7155012f9d7f66942faec43476f49b9a8bae3ea24c148f9b]]
**Document description:** Appellees Designated Proof of Claims (Register)
**Original filename:**H:\Appeals\20-705 Appelllees Designated Proof of Claims.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-
6] [c8b7f6632af091963236981d5d9c102dec0700a85f18c4f6d2ecd130c2f2c9105d
64005075bc115852ebc138e6f78248e2d6d86fdfb1e94baa0b47c9d6313ef4]]
**Document description:** Bankruptcy Court Docket as Record of Appeal
**Original filename:**H:\Appeals\19-51257 Electronic Record On Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=6/18/2020] [FileNumber=13974862-
7] [ab39f8fe40d2ff8b31380234053399cabc1abcc0db09c68346f158dfa6abd6db72
358a73c04059de1549d969710df726aff9cf1731fc545ea9a72d01e7d9fd37]]


**19-51257 Notice will be electronically mailed to:**

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Saul Oscar Leopold on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank
National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
sleopold@leopoldassociates.com,
ecf@leopoldassociates.com;LeopoldAssociatesX6371@projects.filevine.com;jmilanese@leopoldassociates.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

David A Shaw on behalf of Creditor MEB Loan Trust IV
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor Specialized Loan Servicing, LLC
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor Specialized Loan Servicing, LLC as Servicer for MEB Loan Trust IV
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee
for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

Linda St. Pierre on behalf of Creditor JPMorgan Chase Bank, National Association
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank

National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Amanda W. Tiernan on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as
Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12
yfrails@mlg-defaultlaw.com, squinn@mlg-defaultlaw.com;atiernan@mlg-defaultlaw.com;rdesrosiers@mlg-
defaultlaw.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**19-51257 Notice will not be electronically mailed to:**

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484