UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: Johnny Ray Moore
Bankruptcy Case No. 19–51257
Adversary Case Name:
Adversary Case No.
Previous Civil No. 20–705(KAD)
Previous Miscellaneous No.
Transmittal Document No.: 175

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)

3. ☑ Related documents as indicated below:
    ☑ Designation of items designated by the Appellant
    ☐ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☑ Transcripts Transcript 19–51257 ECF 160 transmitted via Email, Transcripts 16–51133 ECF 391,392,397 transmitted via electronic docket, Transcript 12–51027 ECF 589 transmitted via electronic docket
    ☑ Other These are Appellant's Amended Designations

4. Other applicable information:

   Filing Fee ☐ Paid ☐ Not Paid
   Appellant's name:
   Appellant's attorney:
   Appellee's name:
   Appellee's attorney:
   Additional Interested Parties:

By Regina Miltenberger                    Date: 7/17/20
   Deputy Clerk, U. S. Bankruptcy Court

Case 3:20-cv-00705-SALM   Document 30   Filed 07/17/20   Page 2 of 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: <u>Johnny Ray Moore</u>
Bankruptcy Case No.: <u>19–51257</u>
Adversary Case No.:
Previous Civil No.: <u>20–705(KAD)</u>
Previous Miscellaneous No.:
Transmittal Document No.: <u>175</u>
Transmittal dated: <u>7/17/20</u>

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned  <u>3:20cv705-KAD</u>

☐ Miscellaneous No. Assigned  _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By  /s/Nick Fanelle
    Deputy Clerk, U. S. District Court          Date: 7/17/2020

| | |
|---|---|
| **From:** | CTBECF_Courtmail@ctb.uscourts.gov |
| **To:** | Courtmail@ctb.uscourts.gov |
| **Subject:** | 19-51257 Transmittal regarding Appeal and/or related documents (USDC) |
| **Date:** | Friday, July 17, 2020 9:02:36 AM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Miltenberger, Regina S. entered on 7/17/2020 at 9:02 AM EDT and filed on 7/17/2020
**Case Name:**     Johnny Ray Moore
**Case Number:**     19-51257
**Document Number:** 175

**Docket Text:**
Transmittal of Amended Record of Appeal to U.S. District Court 20-705(KAD) (RE:)[171] Appellant's Amended Designation and Statement of Issues on Appeal (Attachments: # (1) Appellant's Designated Items from Case 19-51257 and Electronic Docket # (2) Claims Register # (3) Proof of Claim No 4 # (4) Proof of Claim No 5 # (5) Proof of Claim No 6 # (6) 16-51133 Appellant's Designated Items and Electronic Docket # (7) Claims Register # (8) Proof of Claim No 2 # (9) Proof of Claim No 4 # (10) Proof of Claim No 11 # (11) Proof of Claim No 10 # (12) Proof of Claim No 12 # (13) 12-51027 Appellant's Designated Items and Electronic Docket # (14) Claims Register # (15) Adversary Docket 17-5039) Transcript 19-51257 ECF 160 transmitted via Email, Transcripts 16-51133 ECF 391,392,397 transmitted via electronic docket, Transcript 12-51027 ECF 589 transmitted via electronic docket.(Miltenberger, Regina)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Appeals\20-705 Amended Appellant's Designations.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-0] [6a5ffc7c4d706127c342339e3bd6dffc784b081694763e2374e6134dd0e77fcba4
beb66feaf609e959e7c0f8e2c41711b13e642787bc1c08a849540d80b5ab14]]
**Document description:** Appellant Designated Items from Case 19-51257 and Electronic Docket
**Original filename:** H:\Appeals\Appellant's Amended Designated Items 19-51257.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-1] [1b712ab29d9c974f0113c4bb3cce5325fc21e775a4d12b008a540b1ae199149257
e2fbc34fb6ea772b90f326136ce820443925f142adb847aad7d195b051bdee]]
**Document description:** Claims Register
**Original filename:** H:\Appeals\19-51257 Claims Register.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-2] [8be83f1bec7aeb48be2a4d68bd3cb4c60836268f9eb27412b33a73cafe77ca83d3
c6267feb702ee1c27d60d5d331acbdf8812fa71b46591e70e621071fef41d0]]
**Document description:** Proof of Claim No 4
**Original filename:** H:\Appeals\19-51257 POC 4.pdf
**Electronic document Stamp:**

[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-3] [d02a49f251c7c290aaf3afca42cd021b807de822cd61bc57c8f59d92bb8dffd708 55c21176f38e8da65213c33d62d19670786718c05e6e36911185ed2f2f07af]]
**Document description:** Proof of Claim No 5
**Original filename:**H:\Appeals\19-51257 POC 5.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-4] [359a2b5dba5a3cf87b832d05709a676f254a202ab7ceb968c86d6b8116af680801 3a01f9d4982d6d95a724c83ea0800c14f7d1a808d6e5ed4196ee1e024c444f]]
**Document description:** Proof of Claim No 6
**Original filename:**H:\Appeals\19-51257 POC 6.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-5] [597b6a56da7af0cc9d35558b28790f29a2561f0727dff5ebeefc1c6afdfa4cbddd c9e644f0b9233ea7fe054ccc6696d6c2a309727bfb8411e7e5be4a1211d7e5]]
**Document description:** 16-51133 Appellant's Amended Designated Items and Electronic Docket
**Original filename:**H:\Appeals\Appellant's Amended Designated Items 16-51133.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-6] [24fd702745dce66240fe11a20c16a18068b6701cdbd973e30079c0effcc244f65d 753eeca7448d7ea1c424a7b55341140c6b8e101a849ae0da236e88537fc8f8]]
**Document description:** Claims Register
**Original filename:**H:\Appeals\16-51133 Claims Register.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-7] [7f30e69bb8fc15d922dae710b52a6b5ebfdff4911ce6c53d0ad7d8c17758816239 ed487b8fc3640a5a2feecc3fb849c4d331dfc95df0cad42348d8636afeee01]]
**Document description:** Proof of Claim No 2
**Original filename:**H:\Appeals\16-51133 POC 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-8] [4a4f43c648e6e9bdc584ee603d9927b418b86722099f9fc04a342b8edfd0896598 b70a779e40418ccde508963dc0ecd2688d8f5d606c4380e161fb29dc7c140d]]
**Document description:** Proof of Claim No 4
**Original filename:**H:\Appeals\16-51133 POC 4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-9] [8a5e177d7f49d1c557342daa326929ed4223b51ae01fe87acf6756674dd831c37a 0068ba1840baaebea959e0e69d4440bd2205ada77104b016b73353f55d48d5]]
**Document description:** Proof of Claim No 11
**Original filename:**H:\Appeals\16-51133 POC 11.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-10] [b544b67f2fd9a4305e2c858fb27f53ab9a578a55e2f41bb9fb66086d1f3b12cb4 b28c36e1709aab3037165fcaa1a4ff35ad47a1b6fac9b55eb5f02a54aeec6f8]]
**Document description:** Proof of Claim No 10
**Original filename:**H:\Appeals\16-51133 POC 10.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-11] [88734f82e1a9edcaf89c40cb860269722aee992f9768acf560d98d1a22627816a 47b6bc8d5bc979eca039ed1c679395a6bdb63deeaa669a4e0334c1328baadb3]]
**Document description:** Proof of Claim No 12
**Original filename:**H:\Appeals\16-51133 POC 12.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-12] [38d1280b3e5eeb6b391197bc419756ce5fff140607bd389ca1ce167689a360c27 d0b7a1e1fffc6de060059dbd24b86a8d8bc2ca36070f0090b0bd2cd56dc31b4]]
**Document description:** Appellant's Amended Designations and Electronic Docket
**Original filename:**H:\Appeals\Appellant's Amended Designated Items 12-51027.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-13] [c3528d38df9e27633a7fbdd2f2eda6e118c448ec5ea7b2d1f858eeb22896984b0
b21796345639a5d353f40c68bed944e5898e8bb298a859c7942862f994804c2]]
**Document description:** Claims Register
**Original filename:** H:\Appeals\Claims Register 12-51027.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-14] [8ecbb8fff671359a33a74d238c77fc2f9ccaaf681d7a6c756b1f694ec14ab5ae8
84c5edaec5dd2aeb51c4ba246a7f87eade1ac230d24c20fcfa97f55e86d12fa]]
**Document description:** Adversary Docket 17-5039
**Original filename:** H:\Appeals\17-5039 Docket.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=7/17/2020] [FileNumber=14016366-15] [75c9f4ee044b0d126490c2bd563f9a169ae30dcf9c9955b998ce45e493c21e667
ac0f63c1deb271765474a6cb3dd86eb7bf6bd0db051806dbc47a4d301c27f02]]

**19-51257 Notice will be electronically mailed to:**

Patrick Crook on behalf of Trustee Roberta Napolitano
pcrook@ch13rn.com

Saul Oscar Leopold on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
sleopold@leopoldassociates.com,
ecf@leopoldassociates.com;LeopoldAssociatesX6371@projects.filevine.com;jmilanese@leopoldassociates.com

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano on behalf of Trustee Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com

David A Shaw on behalf of Creditor MEB Loan Trust IV
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor Specialized Loan Servicing, LLC
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor Specialized Loan Servicing, LLC as Servicer for MEB Loan Trust IV
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

David A Shaw on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12
dshaw@mlg-defaultlaw.com, ecf@mlg-defaultlaw.com;squinn@mlg-defaultlaw.com

Linda St. Pierre on behalf of Creditor JPMorgan Chase Bank, National Association
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Linda St. Pierre on behalf of Creditor Rushmore Loan Management Services as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
bankruptcyecfmail@mccalla.com, Linda.St.Pierre@mccalla.com;mccallaecf@ecf.courtdrive.com

Amanda W. Tiernan on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificate holders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-12
yfrails@mlg-defaultlaw.com, squinn@mlg-defaultlaw.com;atiernan@mlg-defaultlaw.com;rdesrosiers@mlg-defaultlaw.com

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

**19-51257 Notice will not be electronically mailed to:**

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484